UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DEANGELA SMITH**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**GENERATIONS HEALTHCARE SERVICES, LLC**,<br><br>Defendant. | Case No. 2:16-cv-807-ALM-TPK<br><br>DISTRICT JUDGE MARBLEY<br><br>MAGISTRATE JUDGE KEMP |

### PLAINTIFF'S MOTION TO APPEAR *PRO HAC VICE* FOR ATTORNEY JACOB R. RUSCH

Plaintiff now moves for admission *pro hac vice* for attorney Jacob R. Rusch. This motion is filed according to the requirements of Loc. R. 83.3(e).

As good grounds, Plaintiffs show as follows:

1. Jacob R. Rusch is not admitted to practice in Ohio, but is a member in good standing of the Minnesota bar and the bar of the United States District Court for the District of Minnesota. See Ex. 1 attached.

2. Plaintiff's attorney Cash is a member in good standing of the bar of the Southern District of Ohio and is authorized to file through the Court's electronic filing system. He consents to supervise Jacob R. Rusch in accordance with Loc. R. 83.3(e) and to be responsible for the conduct of this action, including up to trial.

3. Jacob R. Rusch's $200 admission fee has been paid at filing of this Motion.

4. Jacob R. Rusch requests all CM/ECF notices be sent to his email address: jrusch@johnsonbecker.com.

Respectfully submitted,

  /s/ William F. Cash III
William F. Cash III (Fla. Bar No. 68443)
Brandon L. Bogle (Fla. Bar No. 52624)
**LEVIN, PAPANTONIO, THOMAS,**
**MITCHELL, RAFFERTY & PROCTOR, P.A**.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7059
bcash@levinlaw.com
bbogle@levinlaw.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that I will file this *Plaintiff's Motion to Appear* Pro Hac Vice *For Attorney Jacob R. Rusch* on CM/ECF today, November 7, 2016, and copies will be sent to all parties by operation of the Court's electronic filing system.

  /s/ William F. Cash III
William F. Cash III

2