IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Civil Cases from the Docket of
Magistrate Judge Terence P. Kemp

ORDER

The attached cases that are currently referred to the Honorable Terence P. Kemp are hereby referred to the Honorable Chelsey M. Vascura.

IT IS SO ORDERED.

_____  6-30-17
Honorable Edmund A. Sargus, Jr.
Chief Judge United States District Court

| Case Number | Case Name |
|---|---|
| 1:96-cv-00424-MHW-TPK | Cook v. Anderson |
| 2:91-cv-00464-MHW-TPK | Doe, et al v. State of Ohio, et al |
| 2:00-cv-00017-ALM-TPK | Scudder as n v. Mitchell |
| 2:04-cv-00842-DJH-TPK | Braden v. Bagley |
| 2:05-cv-00070-MHW-TPK | Amos et al v PPG Industries Inc et al |
| 2:06-cv-00292-ALM-TPK | Williamson et al v. Recovery Limited Partnership et al |
| 2:06-cv-00896-ALM-TPK | The Northeast Ohio Coalition for the Homeless et al v. Husted |
| 2:08-cv-00055-EAS-TPK | Johnson v. Warden Ohio State Penitentiary |
| 2:09-cv-00208-ALM-TPK | Jennings v. Bodrick et al |
| 2:09-cv-00421-MHW-TPK | JPMorgan Chase Bank, N.A. v. MKP Investment, LLC et al |
| 2:09-cv-00700-MHW-TPK | ReliaStar Life Insurance Company v. MKP Investments LLC et al |
| 2:09-cv-00707-MHW-TPK | John Hancock Life Insurance Company (U.S.A.) v. MKP Investm |
| 2:09-cv-00718-MHW-TPK | Principal Life Insurance Company v. MKP Investments, LLC et a |
| 2:12-cv-00158-MHW-TPK | Boddie v. PNC Bank, NA et al |
| 2:12-cv-00562-ALM-TPK | Service Employees International Union Local 1 et al v. Jon Huste |
| 2:12-cv-00916-MHW-TPK | Chesapeake Exploration, L.L.C. et al v. Buell et al |
| 2:12-cv-01203-JLG-TPK | Wilson et al v. Columbia Gas Transmission, LLC |
| 2:13-cv-00006-GCS-TPK | Brown v. Mohr et al |
| 2:13-cv-00118-MHW-TPK | Galaria v. Nationwide Mutual Insurance Company |
| 2:13-cv-00238-EAS-TPK | Casagrande v. OhioHealth |
| 2:13-cv-00272-ALM-TPK | Shiva Prasad v. GE Aviation et al |
| 2:13-cv-00367-MHW-TPK | Perkins v. Merrilees et al |
| 2:13-cv-00503-MHW-TPK | McDonald v. Franklin County, Ohio |
| 2:13-cv-00609-JLG-TPK | Chevalier v. Barnhart |
| 2:13-cv-00767-ALM-TPK | Peters v. Credit Protection Association LP |
| 2:13-cv-01075-ALM-TPK | Watkins v. USA |
| 2:13-cv-01189-JLG-TPK | Rote et al v. Zel Custom Manufacturing LLC et al |
| 2:13-cv-01229-ALM-TPK | Kinney v. Mohr et al |
| 2:14-cv-00025-EAS-TPK | McCune v. Workman |
| 2:14-cv-00083-GCS-TPK | Blasi et al v. United Debt Services, LLC et al |
| 2:14-cv-00175-GCS-TPK | Village of Jewett v. North American Coal Royalty Company et al |
| 2:14-cv-00515-GCS-TPK | Poole v. Payliance, Inc. |
| 2:14-cv-00807-EAS-TPK | Stillwagon v. The City of Delaware et al |
| 2:14-cv-01231-ALM-TPK | Harris v. Exel, Inc. |
| 2:14-cv-01235-ALM-TPK | Kovacs v. Norfolk Southern Railway Company |
| 2:14-cv-01359-ALM-TPK | Kelly et al v. Bare Escentuals Beauty, Inc. et al |
| 2:14-cv-01606-EAS-TPK | Stillwagon v. Ailes et al |
| 2:14-cv-01843-GCS-TPK | State of Ohio, ex rel., Michael DeWine, Ohio Attorney General v. |

| | |
|---|---|
| 2:14-cv-01908-MHW-TPK | Johnson v. Turner |
| 2:14-cv-01948-ALM-TPK | McNamee v. Nationstar Mortgage, LLC |
| 2:14-cv-02159-MHW-TPK | Krzywkowski v. Mohr et al |
| 2:14-cv-02164-EAS-TPK | Kiker v. Smithkline Beecham Corporation |
| 2:14-cv-02167-EAS-TPK | Anderson v. U.S. Bank National Association |
| 2:14-cv-02207-JLG-TPK | The Center for Powell Crossing, LLC v. The City of Powell, Ohio |
| 2:14-cv-02251-ALM-TPK | Prachun et al v. CBIZ Benefits & Insurance Services, Inc. et al |
| 2:14-cv-02397-GCS-TPK | Cannon v. Commissioner of Social Security |
| 2:14-cv-02647-ALM-TPK | Lin v. CUBE Karaoke LLC et al |
| 2:14-cv-02693-EAS-TPK | Barry v. O'Grady et al |
| 2:14-cv-02721-EAS-TPK | Zobel v. Contech Enterprises, Inc. et al |
| 2:14-cv-02750-MHW-TPK | Rogers v. Reed et al |
| 2:14-cv-02796-GCS-TPK | Nichols v. OhioHealth Corporation et al |
| 2:15-cv-00065-JLG-TPK | Senanayake v. Delaware County Board of Commissioners et al |
| 2:15-cv-00491-EAS-TPK | Schwab v. Warden Chillicothe Correctional Institution |
| 2:15-cv-00632-EAS-TPK | Crochran et al v. Columbus City Schools et al |
| 2:15-cv-00700-EAS-TPK | Matsa v. USA |
| 2:15-cv-00895-MHW-TPK | Fuchs et al v. Selene Finance, LP |
| 2:15-cv-00975-EAS-TPK | Perkins et al v. S & E Flag Cars, LLC et al |
| 2:15-cv-01262-MHW-TPK | McCain v. Jenkins et al |
| 2:15-cv-01614-EAS-TPK | CE Acquisition Co., LLC v. Valicor Separation Technologies, LL |
| 2:15-cv-02044-ALM-TPK | Ackison Surveying, LLC v. Focus Fiber Solutions, LLC et al |
| 2:15-cv-02294-GCS-TPK | Martin v. Posey et al |
| 2:15-cv-02323-MHW-TPK | Alls v. Warden, Belmont Correctional Institution |
| 2:15-cv-02324-EAS-TPK | Crigler v. Stingray Pressure Pumping, LLC |
| 2:15-cv-02404-GCS-TPK | Davis v. USA, et al., |
| 2:15-cv-02405-ALM-TPK | Tower et al v. Amazon.com Inc et al |
| 2:15-cv-02412-MHW-TPK | Angel v. Bilfinger Westcon, Inc. |
| 2:15-cv-02438-ALM-TPK | Crawford v. Columbus State Community College et al |
| 2:15-cv-02462-ALM-TPK | Graybill v. KSW Oilfield Rental, LLC |
| 2:15-cv-02470-GCS-TPK | Settle-Muter Electric, LTD v. Siemens Industry, Inc. |
| 2:15-cv-02474-MHW-TPK | Oliver v. The Ohio State University et al |
| 2:15-cv-02598-JLG-TPK | Blissit v. Fiquris |
| 2:15-cv-02635-EAS-TPK | D.P. Dough Franchising, LLC v. Southworth et al |
| 2:15-cv-02693-GCS-TPK | Minnesota Life Insurance Company v. Birney et al |
| 2:15-cv-02701-GCS-TPK | Moore v. Aerotek, Inc. |
| 2:15-cv-02733-MHW-TPK | Campfield et al v. Safelite Group, Inc. et al |
| 2:15-cv-02739-EAS-TPK | Davis v. Mohr et al |

| | |
|---|---|
| 2:15-cv-02746-ALM-TPK | Oster v. Huntington Bancshares Incorporated et al |
| 2:15-cv-02760-ALM-TPK | Wilson et al v. All Phase Masonry and Construction LLC |
| 2:15-cv-02781-MHW-TPK | New Beginnings Ministries et al v. George et al |
| 2:15-cv-02802-ALM-TPK | Warren v. American Showa, Inc. et al |
| 2:15-cv-02830-JLG-TPK | Doe v. The Ohio State University et al |
| 2:15-cv-02855-GCS-TPK | Timber View Properties, Inc v. M&T Property Investments LTD |
| 2:15-cv-02866-MHW-TPK | The Ohio State University v. New Par |
| 2:15-cv-02880-GCS-TPK | Constellation NewEnergy, Inc v. Carborundum Grinding Wheel C |
| 2:15-cv-02888-EAS-TPK | Martin v. Ohio Department of Rehabilitation et al |
| 2:15-cv-02903-ALM-TPK | Leonard v. United States of America |
| 2:15-cv-02917-ALM-TPK | Baker et al v. Nationstar Mortgage LLC et al |
| 2:15-cv-02956-ALM-TPK | Myers et al v. Marietta Memorial Hospital |
| 2:15-cv-02957-MHW-TPK | Oliver v. 2Checkout.com, Inc. et al |
| 2:15-cv-02959-GCS-TPK | Ganci v. MBF Inspection Services, Inc. |
| 2:15-cv-02984-EAS-TPK | Hall v. Western Express, Inc. et al |
| 2:15-cv-02994-JLG-TPK | Reed v. Postmaster General of The United States |
| 2:15-cv-02995-ALM-TPK | Grant Medical Center et al v. Burwell |
| 2:15-cv-03019-JLG-TPK | Young v. Hunt |
| 2:15-cv-03022-MHW-TPK | Empire Advisors, LLC v. CSA Biotechnologies, LLC et al |
| 2:15-cv-03057-EAS-TPK | Hutchison v. Newark Police Department et al |
| 2:15-cv-03060-MHW-TPK | Lawrence v. USA |
| 2:15-cv-03062-EAS-TPK | Heeter v. J. Peterman Enterprises, LLC et al |
| 2:15-cv-03064-JLG-TPK | Zeune v. Mickley |
| 2:15-cv-03114-ALM-TPK | District Brewing Company, Inc. v. CBC Restaurant, LLC |
| 2:15-cv-03127-GCS-TPK | Conrad et al v. McDonald's Corporation et al |
| 2:15-cv-03130-JLG-TPK | Hendricks v. Mohr et al |
| 2:16-cv-00005-MHW-TPK | Wells Fargo, N.A. v. Sunset Development-Sugar Creek Limited l |
| 2:16-cv-00033-GCS-TPK | Williams v. Chuvalas et al |
| 2:16-cv-00035-EAS-TPK | Logan v. Emam et al |
| 2:16-cv-00054-EAS-TPK | McGlone v. Ross Correctional Institution et al |
| 2:16-cv-00066-GCS-TPK | Bevins v. EOS Products, LLC et al |
| 2:16-cv-00085-JLG-TPK | Flaherty v. Portfolio Recovery Associates, LLC |
| 2:16-cv-00126-MHW-TPK | Boxill et al v. O'Grady et al |
| 2:16-cv-00130-MHW-TPK | Reedy v. Scott et al |
| 2:16-cv-00135-GCS-TPK | Kiser v. Richards et al |
| 2:16-cv-00151-MHW-TPK | Lightle v. Fanatics Retail Group Fulfillment, Inc. et al |
| 2:16-cv-00153-ALM-TPK | Hughes et al v. City of Dublin et al |
| 2:16-cv-00162-ALM-TPK | Siefert v. Commissioner of Social Security |

| | |
|---|---|
| 2:16-cv-00171-GCS-TPK | Doe v. The Ohio State University et al |
| 2:16-cv-00177-ALM-TPK | The Little Realty Company, LLC v. Sheehan Pipe Line Constructi |
| 2:16-cv-00185-EAS-TPK | McIntire v. Baxter International, Inc. et al |
| 2:16-cv-00186-MHW-TPK | Ervin v. Davis |
| 2:16-cv-00201-MHW-TPK | Byrd v. Adroit Field Services, LLC |
| 2:16-cv-00216-GCS-TPK | Woolley v. Allen et al |
| 2:16-cv-00241-MHW-TPK | Dresback v. Life Insurance Company of North America |
| 2:16-cv-00253-MHW-TPK | McCauley v. America's Pizza Company, LLC |
| 2:16-cv-00278-MHW-TPK | Ford et al v. P.H. Glatfelter Company |
| 2:16-cv-00283-MHW-TPK | Ebie v. City of Pataskala Division of Police et al |
| 2:16-cv-00284-GCS-TPK | McGrath v. Nationwide Mutual Insurance Company et al |
| 2:16-cv-00312-EAS-TPK | Davis v. Commissioner of Social Security |
| 2:16-cv-00344-GCS-TPK | McQueen v. Fisher et al |
| 2:16-cv-00346-ALM-TPK | Tisdale v. Commissioner of the Social Security Administration |
| 2:16-cv-00349-JLG-TPK | Woods v. Mohr et al |
| 2:16-cv-00369-EAS-TPK | Jefferson v. Mohr et al |
| 2:16-cv-00408-EAS-TPK | Sahaj Hotel, Inc. v. Desai |
| 2:16-cv-00418-JLG-TPK | Hassan v. America's Pizza Company, LLC et al |
| 2:16-cv-00437-JLG-TPK | Richert v. LaBelle HomeHealth Care Services LLC et al |
| 2:16-cv-00453-MHW-TPK | Kennedy v. Commissioner of Social Security |
| 2:16-cv-00454-MHW-TPK | Vaughan v. Commissioner of Social Security |
| 2:16-cv-00463-EAS-TPK | Clark v. Wal-Mart Stores, Inc. |
| 2:16-cv-00502-EAS-TPK | Carrico v. Knox County Sheriff's Office et al |
| 2:16-cv-00515-MHW-TPK | The Cannon Group Inc v. New York Packaging II, LLC |
| 2:16-cv-00519-GCS-TPK | Jones v. Pummill |
| 2:16-cv-00529-EAS-TPK | King Memory LLC et al v. Computer Memory Solutions, Inc. |
| 2:16-cv-00551-MHW-TPK | Alma Bojorquez et al v. Abercrombie and Fitch Co. et al |
| 2:16-cv-00573-EAS-TPK | Clinton v. Warden Southeastern Correctional Complex |
| 2:16-cv-00612-JLG-TPK | Secretary of Labor v. Potts et al |
| 2:16-cv-00622-EAS-TPK | Stuart v. Rust-Oleum Corporation et al |
| 2:16-cv-00625-ALM-TPK | Doe et al v. Steubenville Police Department et al |
| 2:16-cv-00647-JLG-TPK | Sanchez-Palacios v. USA |
| 2:16-cv-00658-EAS-TPK | Madej et al v. Athens County Engineer |
| 2:16-cv-00671-ALM-TPK | SMITH v. CSX TRANSPORTATION, INC. et al |
| 2:16-cv-00672-EAS-TPK | Rooker v. Jenkins et al |
| 2:16-cv-00676-EAS-TPK | Whatley v. Warden Ross Correctional Institution |
| 2:16-cv-00678-GCS-TPK | Red Mortgage Capital, LLC v. Shores, LLC et al |
| 2:16-cv-00681-JLG-TPK | Jones v. USA |

| | |
|---|---|
| 2:16-cv-00687-ALM-TPK | Bryant v. Warden Ohio Reformatory for Women |
| 2:16-cv-00700-MHW-TPK | Fury v. DTC Energy Group, Inc. |
| 2:16-cv-00701-ALM-TPK | Osborne v. Wal-Mart Stores East,L.P. |
| 2:16-cv-00704-ALM-TPK | Woodard v. Winters et al |
| 2:16-cv-00705-EAS-TPK | Rater v. RIX Energy Services, LLC et al |
| 2:16-cv-00722-ALM-TPK | Blakey v. The City of Columbus Ohio et al |
| 2:16-cv-00730-GCS-TPK | Beardmore v. Cambridge Classic Ford, LTD et al |
| 2:16-cv-00744-ALM-TPK | Seymour v. Commissioner of Social Security |
| 2:16-cv-00759-GCS-TPK | Goodwin v. Roe et al |
| 2:16-cv-00765-EAS-TPK | Strong v. Safe Auto Insurance Group, Inc. et al |
| 2:16-cv-00775-GCS-TPK | Wagner v. Corporate Exchange Plaza - Columbus, LLC |
| 2:16-cv-00779-GCS-TPK | Greif Packaging, LLC v. JVC Hendricks |
| 2:16-cv-00780-ALM-TPK | Taylor v. Warden London Correctional Institution |
| 2:16-cv-00783-ALM-TPK | Revennaugh et al v. UNITED STATES POSTAL SERVICE et al |
| 2:16-cv-00793-EAS-TPK | Scales v. Zimmer, Inc. |
| 2:16-cv-00794-MHW-TPK | UNUM Life Insurance Company of America v. Bowman et al |
| 2:16-cv-00796-EAS-TPK | Martin v. Commissioner of Social Security Administration |
| 2:16-cv-00805-GCS-TPK | CECA LLC v. Worthington Cylinder Corporation |
| 2:16-cv-00807-ALM-TPK | Smith v. Generations Healthcare Services LLC |
| 2:16-cv-00813-ALM-TPK | Lyons et al v. Jacobs et al |
| 2:16-cv-00817-GCS-TPK | Gallis v. Bank of America Corporation et al |
| 2:16-cv-00818-GCS-TPK | Caudill v. Commissioner of Social Security |
| 2:16-cv-00852-MHW-TPK | Crockett v. Warden Madison Correctional Institution |
| 2:16-cv-00853-ALM-TPK | Perdue v. Ohio Department of Rehabilitation and Corrections |
| 2:16-cv-00855-JLG-TPK | NBBJ LLC v. The Whiting-Turner Contracting Company, Inc. |
| 2:16-cv-00856-MHW-TPK | Berry v. iQor Holdings US, Inc. |
| 2:16-cv-00859-GCS-TPK | Hickman v. Commissioner of Social Security |
| 2:16-cv-00869-EAS-TPK | Molebash v. Commissioner of Social Security |
| 2:16-cv-00870-ALM-TPK | Finley v. Mohr et al |
| 2:16-cv-00877-MHW-TPK | Wilson v. Safelite Group, Inc. |
| 2:16-cv-00878-MHW-TPK | CELL Film Holdings, LLC v. Tolik Wolfe et al |
| 2:16-cv-00880-ALM-TPK | Phillips v. Blair et al |
| 2:16-cv-00892-ALM-TPK | Apple Tree Auction Center, Inc. v. Trois |
| 2:16-cv-00893-GCS-TPK | Orthopaedic & Spine Center, LLC v. Henry et al. |
| 2:16-cv-00894-MHW-TPK | Burnett v. Astrazeneca Pharmaceuticals LP et al |
| 2:16-cv-00895-EAS-TPK | Tchankpa v. Ascena Retail Group, Inc. |
| 2:16-cv-00901-EAS-TPK | Stevens v. Warden, Pickaway Correctional Institution |
| 2:16-cv-00915-MHW-TPK | Partlow v. Commissioner of Social Security Administration |

| | |
|---|---|
| 2:16-cv-00916-EAS-TPK | Jackson v. Voca Corporation of Ohio |
| 2:16-cv-00936-GCS-TPK | Teshome v. The Ohio State University Foundation et al |
| 2:16-cv-00945-ALM-TPK | Swope et al v. Specialized Loan Servicing, LLC et al |
| 2:16-cv-00953-MHW-TPK | Watson v. Commissioner of Social Security |
| 2:16-cv-00957-EAS-TPK | Cunningham Property Management Trust v. Ascent Resources, LL |
| 2:16-cv-00968-EAS-TPK | Roshon v. Eagle Research Group, Inc. |
| 2:16-cv-00977-ALM-TPK | Jackson v. Old Dominion Freight Line |
| 2:16-cv-00985-EAS-TPK | Johnson v. Warden Chillicothe Correctional Institution |
| 2:16-cv-00988-MHW-TPK | Nakinishi v. Commissioner of Social Security |
| 2:16-cv-00991-JLG-TPK | Sagle v. Commissioner of Social Security |
| 2:16-cv-00993-MHW-TPK | Hamilton v. USA |
| 2:16-cv-01001-MHW-TPK | Alls v. Warden Belmont Correctional Institution |
| 2:16-cv-01004-EAS-TPK | Dominey v. Commissioner of Social Security |
| 2:16-cv-01010-GCS-TPK | Smith v. Commissioner of the Social Security Administration |
| 2:16-cv-01015-ALM-TPK | Max Rack, Inc. v. Core Health & Fitness, LLC et al |
| 2:16-cv-01019-ALM-TPK | Christian v. USA |
| 2:16-cv-01029-MHW-TPK | Stephenson et al v. Food Concepts International LP et al |
| 2:16-cv-01030-JLG-TPK | Committee to Impose Term Limits on the Ohio Supreme Court an |
| 2:16-cv-01043-MHW-TPK | O'Bannon, Jr. v. Commissioner of Social Security |
| 2:16-cv-01045-MHW-TPK | Butler v. Fanning |
| 2:16-cv-01050-GCS-TPK | Williams v. Warden, Madison Correctional Institution |
| 2:16-cv-01052-MHW-TPK | The Ohio State University v. Cafepress, Inc. |
| 2:16-cv-01059-JLG-TPK | Brewer v. Hutton et al |
| 2:16-cv-01066-GCS-TPK | Rubio-Delgado v. Aerotek, Inc. |
| 2:16-cv-01088-ALM-TPK | Ellis et al v. Sunrise Family Healthcare, LLC et al |
| 2:16-cv-01090-GCS-TPK | Anheuser-Busch, LLC v. Atlas Industrial Holdings, LLC |
| 2:16-cv-01104-MHW-TPK | Howard v. Commissioner of Social Security |
| 2:16-cv-01111-MHW-TPK | Boards of Trustees of Ohio Laborers' Fringe Benefit Programs v. |
| 2:16-cv-01117-EAS-TPK | DT Fashion LLC v. Santana Jade Cline et al |
| 2:16-cv-01122-EAS-TPK | Jeffrey v. Commissioner of Social Security |
| 2:16-cv-01132-MHW-TPK | Coomer v. Commissioner of Social Security |
| 2:16-cv-01140-GCS-TPK | Wolfe v. Commissioner of Social Security |
| 2:16-cv-01141-ALM-TPK | Nunn v. Commissioner of Social Security |
| 2:16-cv-01144-EAS-TPK | Basir v. Mingo et al |
| 2:16-cv-01148-GCS-TPK | Andrich v. Aramark Refreshment Services, LLC et al |
| 2:16-cv-01149-MHW-TPK | Higuera v. First Coast Security Services, Inc |
| 2:16-cv-01159-ALM-TPK | Wheeler v. City of Columbus |
| 2:16-cv-01163-EAS-TPK | Hairston v. Harris |

| | |
|---|---|
| 2:16-cv-01165-EAS-TPK | Sanscrainte v. Darpan Management, Inc. et al |
| 2:16-cv-01166-EAS-TPK | Smallwood v. Commissioner of Social Security |
| 2:16-cv-01171-EAS-TPK | Smith v. JPMorgan Chase Bank, NA |
| 2:16-cv-01187-ALM-TPK | Weckbacher v. Memorial Heatlh System Marietta Memorial Hosp |
| 2:16-cv-01188-EAS-TPK | Bucy v. Comfy Couch Company et al |
| 2:16-cv-01189-EAS-TPK | Bryant v. Perry et al |
| 2:16-cv-01194-ALM-TPK | United States of America v. Nutter |
| 2:16-cv-01204-JLG-TPK | GEICO Casualty Company |
| 2:16-cv-01209-GCS-TPK | Shanaberg v. Licking County et al |
| 2:17-cv-00001-GCS-TPK | United States of America v. Ninety-One Thousand and 00/100 Dc |
| 2:17-cv-00006-EAS-TPK | Rankin et al v. Echo 24, Inc. et al |
| 2:17-cv-00019-GCS-TPK | Brown v. Prince Gregory International Inc. |
| 2:17-cv-00032-GCS-TPK | Davis v. US Bank, NA et al |
| 2:17-cv-00045-MHW-TPK | Fields v. Pekin Insurance Company |
| 2:17-cv-00057-ALM-TPK | Michleski v. Contactability.com LLC |
| 2:17-cv-00058-ALM-TPK | Progressive Health and Rehab Corp. v. Quinn Medical Inc. et al |
| 2:17-cv-00059-GCS-TPK | Milligan v. Commissioner of Social Security |
| 2:17-cv-00064-MHW-TPK | Goldwire v. Mohr et al |
| 2:17-cv-00066-EAS-TPK | Abercrombie & Fitch Trading Co. et al v. Carter's Inc. et al |
| 2:17-cv-00079-GCS-TPK | Communicare,LLC  v. Dungey et al |
| 2:17-cv-00080-EAS-TPK | Crosby v. Stingray Pressure Pumping, LLC |
| 2:17-cv-00082-JLG-TPK | Connell v. Commissioner of Social Security |
| 2:17-cv-00083-EAS-TPK | Lackie v. Stingray Pressure Pumping, LLC |
| 2:17-cv-00085-MHW-TPK | Nixon v. The Ohio State University Medical Center East |
| 2:17-cv-00089-ALM-TPK | Salyer v. Commissioner of Social Security |
| 2:17-cv-00099-GCS-TPK | Laborers' District Council of Ohio et al v. RoadSafe Traffic Syster |
| 2:17-cv-00101-EAS-TPK | Merrill v. Zimmer, Inc. et al |
| 2:17-cv-00102-GCS-TPK | Anderson v. Warden Chillicothe Correctional Institution |
| 2:17-cv-00109-MHW-TPK | Carter v. Bryden Management, LLC et al |
| 2:17-cv-00111-JLG-TPK | Grier v. Bryden Management, LLC et al |
| 2:17-cv-00112-JLG-TPK | Cole v. Aetna Life Insurance Company |
| 2:17-cv-00116-EAS-TPK | Isreal v. Holbrook et al |
| 2:17-cv-00131-JLG-TPK | Harris v. Commissioner of Social Security |
| 2:17-cv-00133-ALM-TPK | Fisher v. Zimmer, Inc. et al |
| 2:17-cv-00135-GCS-TPK | Mary Harvin Center Limited Partnership et al v. Benchmark Bank |
| 2:17-cv-00137-JLG-TPK | Warne v. Dutro Ford Lincoln Inc et al |
| 2:17-cv-00143-GCS-TPK | Abington Emerson Capital, LLC v. Landash Corporation et al |
| 2:17-cv-00147-GCS-TPK | Snodgrass v. Columbus Ohio Preservation Services, LLC |

| | |
|---|---|
| 2:17-cv-00164-MHW-TPK | MAO-MSO Recovery II, LLC et al v. Nationwide Mutual Insuran |
| 2:17-cv-00167-MHW-TPK | Stanley v. Ohio Department of Rehabilitation and Correction et al |
| 2:17-cv-00168-ALM-TPK | Reed et al v. Bove |
| 2:17-cv-00169-ALM-TPK | Ross v. Commissioner of Social Security |
| 2:17-cv-00172-MHW-TPK | Colvin et al v. Williams |
| 2:17-cv-00176-JLG-TPK | Owen v. Sessions et al |
| 2:17-cv-00178-MHW-TPK | Boards of Trustees of Ohio Laborers' Fringe Benefit Programs v. |
| 2:17-cv-00185-EAS-TPK | Reed v. Fox Transportation Co. |
| 2:17-cv-00189-ALM-TPK | Lyons v. Commissioner of Social Security |
| 2:17-cv-00191-GCS-TPK | McCoy v. Commissioner of Social Security |
| 2:17-cv-00192-GCS-TPK | Jones v. Warden, Southern Ohio Correctional Facility |
| 2:17-cv-00194-MHW-TPK | Young v. Haas |
| 2:17-cv-00196-ALM-TPK | Dunn v. Commissioner of Social Security |
| 2:17-cv-00198-EAS-TPK | Henri Bendel, Inc. v. Illuminum Incorporated Ltd. |
| 2:17-cv-00208-MHW-TPK | Flowers v. Riverside Landing Nursing and Rehabilitation Inc. |
| 2:17-cv-00215-ALM-TPK | Aldridge Electric, Inc v. American Municipal Power, Inc |
| 2:17-cv-00217-GCS-TPK | Boards of Trustees of Ohio Laborers' Fringe Benefit Programs v. |
| 2:17-cv-00219-MHW-TPK | Brittmon v. Upreach LLC et al |
| 2:17-cv-00223-ALM-TPK | Desarro et al v. Wal-Mart Stores, Inc. et al |
| 2:17-cv-00225-EAS-TPK | Orr v. Transworld Systems, Inc. |
| 2:17-cv-00226-MHW-TPK | Broadcast Music, Inc. et al v. Burnzie's Old Trail Inn, LLC et al |
| 2:17-cv-00232-EAS-TPK | Parilla-Kearney et al v. Nationwide Children's Hospital et al |
| 2:17-cv-00238-EAS-TPK | Freiling v. Advance America, Cash Advance Centers of Ohio, Inc |
| 2:17-cv-00249-ALM-TPK | Illinois Union Insurance Company v. Bulk Transit Corporation In |
| 2:17-cv-00250-ALM-TPK | Red Zone 12 LLC et al v. City of Columbus, Ohio et al |
| 2:17-cv-00262-JLG-TPK | Kinney v. Commissioner of Social Security |
| 2:17-cv-00265-EAS-TPK | Plummer v. AT&T, Inc. et al |
| 2:17-cv-00266-GCS-TPK | Drone v. USA |
| 2:17-cv-00269-ALM-TPK | Young v. CIGNA Group Insurance, Inc. et al |
| 2:17-cv-00271-GCS-TPK | Daniels v. Grange Mutual Casualty Company |
| 2:17-cv-00274-MHW-TPK | Harrison v. Life Insurance Company of North America |
| 2:17-cv-00277-EAS-TPK | Guinn v. Ethicon, Inc. et al |
| 2:17-cv-00282-GCS-TPK | Mason v. Ohio Department of Rehabilitation & Corrections et al |
| 2:17-cv-00283-ALM-TPK | Boards of Trustees of Ohio Laborers' Fringe Benefit Programs v. |
| 2:17-cv-00310-JLG-TPK | Mullen et al v. Metropolitan Group Property and Casualty Insuran |
| 2:17-cv-00315-MHW-TPK | Kuhn et al v. Zehringer et al |
| 2:17-cv-00316-ALM-TPK | Baker v. Ohio Operating Engineers Pension Plan, et al. |
| 2:17-cv-00321-GCS-TPK | Thomas v. Jo-Ann Stores, Inc. dba Jo-Ann Fabric and Craft Store |

| Case Number | Case Name |
|---|---|
| 2:17-cv-00323-ALM-TPK | Boards of Trustees of Ohio Laborers' Fringe Benefit Programs v. |
| 2:17-cv-00325-JLG-TPK | White v. Warden, Ross Correctional Institution |
| 2:17-cv-00330-MHW-TPK | Cullivan v. American Airlines, Inc. |
| 2:17-cv-00332-ALM-TPK | Boone v. Warden Mansfield Correctional Institution |
| 2:17-cv-00340-ALM-TPK | The Scotts Company LLC et al v. United Industries Corporation |
| 2:17-cv-00341-MHW-TPK | Shuler et al v. Wal-Mart Stores East L.P. |
| 2:17-cv-00345-EAS-TPK | Ortega-Amaya v. USA |
| 2:17-cv-00347-JLG-TPK | Normand et al v. Zimmer, Inc. et al |
| 2:17-cv-00350-EAS-TPK | Benson v. The Kroger Company |
| 2:17-cv-00353-EAS-TPK | Hairston v. Franklin County Court of Common Pleas |
| 2:17-cv-00354-GCS-TPK | Swafford v. Commissioner of Social Security |
| 2:17-cv-00359-GCS-TPK | Daniels v. The Prudential Insurance Company of America |
| 2:17-cv-00360-EAS-TPK | Erickson v. Hocking Technical College et al |
| 2:17-cv-00362-EAS-TPK | Hairston v. Franklin County Court of Common Pleas of the City c |
| 2:17-cv-00366-MHW-TPK | Alloway v. Residential Home for the Developmentally Disabled, |
| 2:17-cv-00371-GCS-TPK | DriveTime Car Sales Company v. Pettigrew et al |
| 2:17-cv-00375-MHW-TPK | Haas v. Parkside Behavioral Healthcare Acquisition, Inc. |
| 2:17-cv-00376-GCS-TPK | Wilson et al v. ETA Development, Inc.. |
| 2:17-cv-00377-EAS-TPK | Heeter v. Laboratory Corporation of America et al |
| 2:17-cv-00386-ALM-TPK | Aekins v. City of Columbus et al |
| 2:17-cv-00387-JLG-TPK | Carroll v. Social Security |
| 2:17-cv-00390-JLG-TPK | Tittle v. Commissioner of Social Security |
| 2:17-cv-00391-ALM-TPK | Wellman v. Supreme Court of Ohio et al |
| 2:17-cv-00392-ALM-TPK | McGrady v. Gracehaven, Inc. |
| 2:17-cv-00394-EAS-TPK | Middaugh v. Navy Federal Credit Union |
| 2:17-cv-00412-MHW-TPK | Rogers v. Commissioner of Social Security |
| 2:17-cv-00421-EAS-TPK | Hairston v. Harris et al |
| 2:17-cv-00424-JLG-TPK | Evans v. U.S. Marshal Service |
| 2:17-cv-00431-JLG-TPK | Anderson v. Sky Climber LLC |
| 2:17-cv-00433-MHW-TPK | Communicare LLC, d/b/a Regency Manor v. Dungey et al |
| 2:17-cv-00434-GCS-TPK | Argyriou v. Hartford Life and Accident Insurance Company |
| 2:17-cv-00436-ALM-TPK | Buchman et al v. Mincks et al |
| 2:17-cv-00438-ALM-TPK | Myers et al v. Marietta Memorial Hospital |
| 2:17-cv-00439-ALM-TPK | Booth v. Marietta Memorial Hospital |
| 2:17-cv-00442-MHW-TPK | MedArbor, LLC v. Ohio River Laboratory/iPath, LLC d/b/a Ohio |
| 2:17-cv-00443-ALM-TPK | Glockzin et al v. C.R. England, Inc. et al |
| 2:17-cv-00445-GCS-TPK | Duty v. Commissioner of Social Security |
| 2:17-cv-00446-MHW-TPK | Collins v. Commissioner of Social Security |

| | |
|---|---|
| 2:17-cv-00448-ALM-TPK | Nationwide Mutual Insurance Company v. Otto et al |
| 2:17-cv-00454-EAS-TPK | Gainer v. Brennan |
| 2:17-cv-00456-ALM-TPK | Muirfield Village Golf Club v. TCGC Properties, LLC |
| 2:17-cv-00458-JLG-TPK | Hirschvogel Incorporated v. Allison Transmission Inc |
| 2:17-cv-00459-ALM-TPK | Starcher v. KeyBanc Capital Markets Inc. |
| 2:17-cv-00460-GCS-TPK | Cooper v. Honda of America Mfg., Inc. |
| 2:17-cv-00465-JLG-TPK | Sullivan v. Cardinal Health 107 d.b.a Cardinal Health et al |
| 2:17-cv-00473-MHW-TPK | Rangel v. Paramount Heating & Air Conditioning, LLC et al |
| 2:17-cv-00479-EAS-TPK | Richards v. United States of America |
| 2:17-cv-00481-MHW-TPK | Summers v. Ohio Department of Medicaid et al |
| 2:17-cv-00486-GCS-TPK | Associations Conventions Trade Shows, Inc. v. SMG Greater Col |
| 2:17-cv-00487-MHW-TPK | Hargis v. Cummins, Inc. et al |
| 2:17-cv-00488-ALM-TPK | Stacy v. Greif, Inc. et al |
| 2:17-cv-00490-EAS-TPK | Nguyen v. Warden North Central Correctional Institution |
| 2:17-cv-00501-GCS-TPK | Clemons v. Ohio Bureau of Worker's Compensation |
| 2:17-cv-00509-JLG-TPK | Evans v. ADS Alliance Data Systems, Inc. |
| 2:17-cv-00510-GCS-TPK | Carver v. NEX Transport, Inc. et al |
| 2:17-cv-00513-EAS-TPK | Blocker v. Berryhill |
| 2:17-cv-00517-ALM-TPK | Page v. Commissioner of Social Security |
| 2:17-cv-00525-MHW-TPK | Wiedig v. NetJets, Inc. |
| 2:17-cv-00530-JLG-TPK | Beller v. Wal-Mart Stores East, LP et al |
| 2:17-cv-00532-ALM-TPK | Hill v. Waters et al |
| 2:17-cv-00535-JLG-TPK | Dallies v. PSC Metals, Inc. |
| 2:17-cv-00542-EAS-TPK | Elliott v. Commissioner of Social Security |
| 2:17-cv-00545-GCS-TPK | Hannng v. Commissioner of Social Security |
| 2:17-cv-00549-JLG-TPK | Wagner v. 2781 OLENTANGY RIVER ROAD LLC |
| 2:17-cv-00551-MHW-TPK | Bigham v. PACCAR Inc. et al |
| 2:17-cv-00552-ALM-TPK | Dade v. Franklin County Ohio et al |
| 2:17-cv-00555-ALM-TPK | APG Media of Ohio, LLC v. Parks |
| 2:17-cv-00558-ALM-TPK | Schmitt v. Nationwide Life Insurance Company et al |
| 2:17-cv-00560-ALM-TPK | Downard v. Martin et al |
| 2:17-cv-00562-MHW-TPK | Yerian v. Commissioner of Social Security |
| 2:17-cv-00564-ALM-TPK | CarLyd Enterprises v. Paquette |