IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DEANGELA SMITH,** individually and on behalf of all similarly-situated individuals, | : : : |
| **Plaintiffs,** | : Case No. 2:16-CV-807 : |
| v. | : **JUDGE ALGENON L. MARBLEY** : |
| **GENERATIONS HEALTHCARE SERVICES LLC,** *et al.,* | : **Magistrate Judge Kemp** : : |
| **Defendants.** | : |

## ORDER

This matter is before the Court on Plaintiff's Motion to Strike Affirmative Defenses from Defendants' Answer. (*See* Doc. 8.) Since the filing of Plaintiff's Motion to Strike, Plaintiff has twice amended her Complaint. (*See* Docs. 24, 43.) In answering Plaintiff's amended Complaints, Defendants have eliminated several of the affirmative defenses with which Plaintiff takes issue.

In light of the multiple amendments to the pleadings, Plaintiff's Motion to Strike is **DENIED** without prejudice. Plaintiff may file an updated Motion to Strike addressing the remaining, allegedly problematic, affirmative defenses in Defendants' Answer to her Second Amended Complaint.

**IT IS SO ORDERED.**

                                                     s/Algenon L. Marbley
                                                     **ALGENON L. MARBLEY**
                                                     **UNITED STATES DISTRICT JUDGE**

**DATED: July 28, 2017**